```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
181 WESTCHESTER AVENUE LLC,
                                      7:22-cv-03627 (CS)(PED)
            Plaintiff,

     -against-                        NOTICE OF APPEARANCE

CHUBB NORTH AMERICA, CHUBB
NATIONAL INSURANCE COMPANY, and
GREAT NORTHERN INSURANCE COMPANY,

            Defendants.
--------------------------------X
```

TO THE CLERK OF THE COURT:

Please enter the appearance of James F. Creighton, Esq., of Dorf & Nelson LLP, The International 555 Theodore Fremd Avenue, Rye, New York 10580, as attorney of record (LEAD ATTORNEY – replacing Jonathan Nelson, Esq.) for defendants in the above-captioned matter.

Dated:   Rye, New York
         May 5, 2022

                                   Dorf & Nelson LLP

                                   By: _____
                                        James F. Creighton (JC2458)

                                   Attorneys for Defendants
                                   The International Corporate Center
                                   555 Theodore Fremd Avenue
                                   Rye, New York 10580
                                   (914) 381-7600
                                   jcreighton@dorflaw.com

TO:  Baker, Leshko, Saline & Drapeau LLP
     Attorneys for Plaintiff
     One North Lexington Avenue
     White Plains, New York 10601-1712
     Tel. No. (914) 681-9500